Att. Gen. Jane Brady
820 N. French Street
Wilmington Del 19801

05cv14 SLR    2/24/05

FILED
MAR - 3 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re: 0110013949-K1+R2

Dear Ms Jane Brady

    I wrote you during the beginning of my fight for my life/Innocents. I was then and still. However the responses indicated you knew little or nothing that went on in the court rooms. I never thought I would be living proof of a corrupt Justice system of Ignorance.

    I will admitt that my Cr. History isn't peaches + cream know more than it is violent yet it alone convicted me as all that was in my favor was Ignored, thanks to the vindictiveness + prejudice of the Prosecutor Professionally persuading the Jury convicting me only of false testimony. That of Nicole (or) Kathey, with 28 alias in 40 different State whom I knew only two day prior to the Incident in question. In exchange to go home/ Probation she testified for the state aginst me, As she described an Imaginary gun Inconsistant with Petrocitto desricption of yet an Imaginary gun — 20 or less yards of the scene, 15 minutes (or) less. Her and I was hand cuffed and hauled away — to shorten it — The Incident started possibly 12:45 am. I was booked, In my cell of SCI 2:00 am. Pretty fast don't you think?

a letter to Attorney General Jane Brady copy for your effect...

②

Mr. Jane Brody did you know I was sentenced to (24 Years) under these conditions?

1). No Evident supporting any of the convictions with the exception of Poss. of Drug paraphenlia.

2). Preliminary hearing Dismissed 1st degree Robbery establishing that there was (NO) Robbery intended nor was there an assault. Yet held 2 (or) more Gun charges on me, to continue the find of nothing.

3). Swift accused me of taking his necklace then attached my codefendant. Yet the Jury was told (and or) convinced his presence was not necessary, a (NO) Show throughout the trail.

4). Petrocitto, Swift's friend was found — late in my trail to have an arrest record and questioned weakly outside of a Jury. If you — Bring back all my Jury (or) the Jury of my case, and ask if they knew Petrocitto a Gay man who was drunk that night the had an arrest record of 7 leading charges of falsly Reporting Incident — They will tell you (NO), But Ruled Guilty without that information.

5). Nicole Williams of 29 Alias in 40 different States — Whom I knew only two days out of V.O.P. — To me she was Kathy. She was allow to plead Guilty given false testimony for probation. Mr. Willard ask her one or two question she snapped became loud claiming she have a job to go to, Then was let off stand without further questioning.

6). The Judge Mr. Graves did not allow Petrocitto Record of credibility be challenged before the Jury......

(3)

We know of Mr. Willard effectively questioned Petrocitto, Nicole (or) Kathy and serift (if at all) and any pleasure at all the onlooking people who witnessed the whole event - that lasted all 15 minutes. out come would be different

Thoroughly conducted investigation this wouldn't have even made it to trail, a the truth was clearly seen, yet the picture was painted successfully gaining conviction which satifies the state with out the thought of possible innocents.

legally all have and still being stress- ed as I was denied three times in appeals, how is this with obvious facts of an un- fair trial trail - see letter from Timothy Willard, in agreement of unfair trail.

My life is threatened all because I choose to cross the Hwy, seeking a ride for my unaware girlfriend who was Hardly Standing / merely standing.

Her and I approached 5 gay men who at first seemed to be alright, but ended up being the group from hell - and we weir it.....

Seconds of the conversation my codefen- dant was attacked - as - she didn't mention that at all, - Here I stopped an attempt of an attack which did nothing of the second attack, I Helped her up - continuing moving on - next we were by 5 cars of troopers Petrocitto got out of one of the cars point- ing at us we was hand cuffed and - Hauled in. Still having but any Idea what was going on, I learned in very short time - 30 minutes before being book-

ed & given a cell, that I was charged with 9 felonies, I didn't know what to feel, probably because she for once felt what its feels like to be so wrongfully accused and not able to do anything about it. Along with that I signed Habitual Offender only because I wanted to go home back. Now I know I should have fault my case before this one, as I was Innocent of that as well, police report saying — that the owner of a business gave statement that a computer stolen was not from that business, yet I signed a plea bargin to be released which happened to be Habitual offender.

However I want tyou to hear it in my words what I couldn't explain (or) say in the courtroom — Being told to shoosh, (or) stop (and or) wait — Yours fell asleep I wasn't allow to say anything.

What I got from this is that the state will not admit wrongfully convicting a defendant In high pursuit of conviction — convicted they have another Black man not caring if he is Innocent at some all it took was two others of there say with agendas as their credibility of a cr. History speaks for it self, Petrocitta wanting money — compensation — See Presentenced Investigator & Hugde Graver as he told him he wasn't getting any money. Nicole Williams (or) Kathy A Datters as she gave false testimony in exchange to go home / Probation. Then theres Your Prosecutor Mr Adams (or) Akins with a big smile of sure victory of a conviction I knew it was over for me.

(5)

Ms. Jane Brady What is your interest in this? I want to know as I would why (and or) how I was sentenced under the before mentioned......

How can (NO) pyhsical evidence be ignored and that of very poor credibility of Petrocitto and a cr. history of falsifying Incidents ? leading charges with the state trying to hide that fact - How can that be Ignored?

Nicole Williams (or) Kathy A. Pottery a woman with a serious cr. history whom I known only two days, Wanted out of Jail so she gave inconsistent testimony of a an Imaginary gun in exchange to go home/probation.

I ask again how is it that I whom from the start as I was offered a deal of 5 years turned it down get a sentence of 24 years.....?

I did not committ any crime that night at all — two days out of V.O.P. met Nicole, who I knew as Kathy, our second night together ended in being arrested for a made up story & charged with nine felonies.

If you just Investigate you will see for your self.
cc Prouthonartory              Please I await your
    Ect.                        Response Thank you
                                Waverly White