OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 26, 2005

**TO:** Waverly W. White
DCC
SBI #166563

**RE:** *Return of Document due to Lack of Proof of Service on all Local Counsel of Record* - CA 05-14 (SLR)

Document Title: Letter to the Honorable Sue L. Robinson

Dear Mr. White :

Documents have been presented for filing in the above noted case which do not conform to one or more of the following: Federal Rules of Civil Procedure 5; District of Delaware Local Rules of Civil Practice and Procedure 5.2.(a) & 5.3.

In order for your documents to be acceptable for filing, they **must be served by you, upon all local counsel of record**, and this must be indicated on an Affidavit or Certificate of Service.

A copy of the current local counsel attorney listing (with addresses) for this case is attached for your convenience.

Your corrected filing, (original and one copy) to include a certificate of service, should be sent to this office for processing.

Sincerely,

PETER T. DALLEO
/bad    CLERK
Enclosure

cc: The Honorable Sue L. Robinson

From: Waverly White #66563 Div A8
To: Case Number 1:05-CV-14
Date: 05-22-05

Honorable Judge Sue

Humbly i write to say i haven't a problem with extention 1 or 2, and that i own my innocence as i have from the begining.

Yet i awake every morning with a 24 year sentence under these conditions, No Evidents, Inconsistant Stories between Witnesses of an imaginary gun, Alledge Robbery vitim — non existing throughout the entire court proceedings, Jury Inquired of such vitim. Judge Graves Answered — Work with what you have, Because his non existant was irrelevant, The Jury has know knowledge of the accusers cr. history simply because they were sent out of the court room during the questioning(s)? Bailey Reporting Incident, Just to name a few of 15 grounds — Especially ground 15 — Altered/Amended outside of a grand jury — Indictment Rendered Void Clearly a Miscarriage of Justice according to the constitutional Regulations,

Ajin if I may with the deepest Respect and in the name of our lord and Savoir ask How (AM) i under these conditions sentence to a 24 year sentence?

Please Recongize My Innocence.