## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **WAVERLY N. WHITE**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 05-014-SLR |
| | : | |
| **THOMAS CARROLL**, Warden, and | : | |
| **M. JANE BRADY**, Attorney General of | : | |
| the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

## NOTICE OF FILING OF STATE COURT RECORDS

1. Respondents file herewith certified copies of the following Delaware Supreme Court documents in *Waverly White v. State of Delaware*, 354, 2002:

   a. appellant's opening brief and appendix;

   b. State's answering brief and appendix.[1]

2. Respondents file herewith certified copies of the following Delaware Supreme Court documents in *Waverly White v. State of Delaware*, 354, 2002:

   a. appellant's opening brief and attached appendix;

   b. State's motion to affirm;

   c. and the Court's order dated August 2, 2004.

/s/
Thomas E. Brown (ID# 3278)
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE  19801
(302) 577-8500
e-mail: *ThomasE.Brown@state.de.us*

Date: June 21, 2005

---

[1] The opinion on appeal is published at *White v. State*, 816 A.2d 776 (Del. 2003).

## CERTIFICATE OF SERVICE

The undersigned, being a member of the Bar of this Court, hereby certifies that on June 21, 2005 he caused to be electronically filed a Notice of Filing of Certified State Court Records with the Clerk of the Court using CM/ECF and thereafter caused to be hand delivered paper copies of the records listed therein with the Clerk's Office.  I hereby certify that on June 21, 2005 I have also caused to be mailed by first class U.S. Mail two copies of the document (and a copy of the records listed therein) to the following non-registered participant, the petitioner:

> Waverly N. White (No. 00166563)
> Delaware Correctional Center
> 1181 Paddock Road
> Smyrna, DE 19977.

/s/ _____
Thomas E. Brown
Deputy Attorney General
Del. Dept. of Justice

Counsel for Respondents

Date: June 21, 2005