To: Honorable Judge Sue L. Robinson
From: Waverly White #066563
Re: Case Number 1:05-CV-14
Date: 05-22-05

FILED
JUN 27 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Honorable Judge Sue

Humbly I write to say a few things. One is that I do not have a problem with extention 1 or 2, the state has ask for, and just to add, I was in this dilemma alone the only black among the Judge, Jury, Prosecutor, and Ex prosecutor Mr. Timothy Willard who represented me. In thought of this I awake every morning with a 24 year sentence under these conditions. No evidents, Inconsistant stories between witnesses of an imaginary gun, Alledge Vitim of Robbery — non existing throughout the entire court proceedings, Jury inquired of such vitim before reading the verdict;

Judge Graves answered work with what you have because his non existence was irrelevant, the Jury knows, but anything of the alledge robbery vitim Mr. Swift nor do they have any knowledge of the accusers arrest record and cr. history — 7 leading Charges pasley Reporting Incident. Just to name a few of 15 grounds — ground 15 is in fact a clear Miscarrige of Justice according to the constitutional negutations — Altered/Amended article of a Jury/ Hand Jury Indictment Rendered Void.

Consideration of further thought if any. I understood under No circumstances should I be in contact with Police, signing the Habitual

1 of 2

pg. 2

to go home — I was done as I knew it was time for a major change, But I didn't get that chance; Because I crossed the street seeking a ride — a ride that consisted of 5 or more state trooper's cars, Hand cuffed, police station, court, 9 felonies, Booking + recieving, and a cell all in less then an Hour, not fast enough for a black man with a cr. history. Yet it has but anything to do with me being Innocent of what I were accused of......

In the 4 years of a 24 yr sentence I've managed to rehabilletate myself enrolling in various programs completing with certificates while working towards my H.E.D.

For your Interest I though to add that of fact I'm committed to change know matter what may happen — But know that I won't give up and I won't be wore down simple because I know as you do that I am Innocent.....

You got 4 years out of me with hopes of more and I am sorry you feel that way But we must see it for what it is. Mr. — Petrocittis did not get what he was after as he didn't care if I rotted in jail or not.

Nicole or kathy didn't seem to mind being with me intell her freedom was threatened, The state got what it wanted with the help of the two mentioned How I'll never know, But it was allowed.

I am only looking for the fairness in all this and now is a good time for such... Thank you

Kimberly White

From: Waverly White #166563 DW A8
Re: Case Number 1:05-CV-14
Date: 05-22-05

### Honorable Judge Sue

Humbly i write to say i haun't a problem with extention 1 or 2., and that i own my innocence as i have from the begining.

Yet i awake every morning with a 24 year sentence under these conditions, No Evidents, Inconsistant stories between Wittnesses of an imaginary gun, Alledge Robbery Vitim — Non existing throughout the entire court proceedings, Jury Inquired of such Vitim. Judge Graves Answered — Work with what you have, Because his non existant was irrelevant, The Jury has know knowledge of the accusers in history simply because they were sent out of the court room during the questioning(s)? fasley Reporting incident, Just to name a few of 15 grounds — Especially ground 15 — Altered/Amended outside of a Grand Jury — Indictment Rendered Void Clearly a miscarriage of Justice according to the constitutional Regulations,

Ajin If I may with the deepest Respect and in the name of our lord and Savoir ask How (AM) i under these conditions sentence to a 24 year Sentence? Please Recounige My Innocence.

Thank you
Waverly White
C/C ECF

RECEIVED
MAY 2 5 2005
SUE L. ROBINSON
U.S. DISTRICT JUDGE
RD Scanned

## Certificate of Service

I, _Waverly White_, hereby certify that I have served a true and correct cop(ies) of the attached: _Letter of Innocence to Honorable Sue L. Robinson_ upon the following parties/person (s):

TO: _Elizabeth Roberts M._
_Department of Justice_
_820 N. French St._
_Wilmington, De 19801_

TO: _Thomas E. Brown_
_Department of Justice_
_820 N. French St._
_Wilmington, De 19801_

TO: _Hon Sue L. Robinson_
_United States District Court_
_844 King Street, Lockbox 18_
_Wilmington, Delaware_
_19801-3570_

TO: _Prothonotary office_
_United State District Court_
_844 W. King Street Lockbox 18_
_Wilmington, Del._
_19801-3570_

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _June_ day of _19th_____, 200_

_Waverly White_

