IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAVERLY N. WHITE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civ. No. 05-014-SLR |
| ) | |
| THOMAS CARROLL, ) | |
| Warden, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

For the reasons set forth in the memorandum opinion issued this date, IT IS HEREBY ORDERED that:

1. Petitioner Waverly N. White's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED. (D.I. 1)

2. The court declines to issue a certificate of appealability.

Dated: February 24, 2006

_____
UNITED STATES DISTRICT JUDGE